# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DELPHENA QASIM                                                                    PLAINTIFF

VS.                              CASE NO. 4:05CV000069 JMM

DISABILITY RIGHTS CENTER, INC.                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that

this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this  _24__  day of May, 2006.

James M. Moody
United States District Judge